

Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorneys for Movant

The following constitutes the order of the Court.
Signed: December 27, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>John Jefferson Vitalich,<br><br>          Debtor.<br><br>JPMorgan Chase Bank, N.A.,<br><br>          Movant,<br>vs.<br><br>John Jefferson Vitalich, Debtor<br><br>          Respondent. | Bankruptcy Case No. 18-52482<br><br>R.S. No. CJO-794<br><br>Chapter 11<br><br>**ORDER TERMINATING STAY**<br><br>HEARING DATE:<br>DATE: December 14, 2018<br>TIME: 10:00 AM<br>CTRM: 3020 |

      A Motion For Relief From The Automatic Stay (Unlawful Detainer) ("Motion") was noticed in the within matter and filed by JPMorgan Chase Bank, N.A. ("Movant"). Said Motion was heard before the Honorable M. Elaine Hammond, United States Bankruptcy Judge on December 14, 2018. Appearances were made by Debtor, John Jefferson Vitalich through his counsel of record, Javier H. Castillo of the Castillo Law Firm and by JPMorgan Chase Bank, N.A. through its counsel of record Christina J. O of Malcolm and Cisneros, A Law Corporation.

      The Court having read the various pleadings, documents and proceedings herein having heard oral argument, proper service having been made, and having found cause to terminate the automatic stay herein as stated on the record, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at 601 Belavida Road, Monterey, CA 93940, the automatic stay is terminated as to the Debtor and the Bankruptcy Estate. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is **not** waived.

APPROVED AS TO FORM:

*/s/ Javier H. Castillo*
JAVIER H. CASTILLO
Attorney for Debtor

\*\* END OF ORDER \*\*

COURT SERVICE LIST